UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| KENNETH WADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09CV00082 |
| | ) | |
| ACB AMERICAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

_____

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, KENNETH WADKINS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,
DATED:  March 12, 2010                KROHN & MOSS, LTD.

By:___/s/Greg Moss_____
Greg Moss, Esq.
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428