IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH WADKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 10-082-GPM |
| ) | |
| **ACB AMERICAN, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Notice of Voluntary Dismissal filed by Plaintiff pursuant to the settlement reached in this matter.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**:

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
      Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
      G. Patrick Murphy
      United States District Judge